AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants*
*Michael Adams, David Drummond,*
*Robert Dugan and William Gittere*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA BANASIAK,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH KLEIN, et al.,<br><br>Defendants. | Case No. 3:22-cv-00527-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 63] |

Plaintiff, Joshua Banasiak, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5th day of August, 2025

_____
JOSHUA BANASIAK
Plaintiff, *Pro Se*

DATED this 5th day of June, 2025.

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
  DOUGLAS R. RANDS, Bar No. 3572
  Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES JUDGE
DATED: October 21, 2025